DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
19 AUGUST 2014

| 206P14 | Ra Neter El Mu Urain Bey, Authorized Representative, Natural Person, In Propria Person: Ex Relatione Willie James Dixon, Jr. v. Small Claims Court | Plt's *Pro Se* Petition for *Writ of Mandamus* | Dismissed **06/25/2014** |
|---|---|---|---|
| 207P14 | State v. Curtis Mario Benton | 1. State's Motion for Temporary Stay (COA13-1204)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **06/23/2014**<br><br>2. Allowed<br><br>3. Allowed |
| 212P14 | State v. Kimberly Dale Adams | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1202) | Denied |
| 215P14 | State v. John Burton Edmonds, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1219) | Denied |
| 216P14 | N.C. State Bar v. Jeffrey S. Berman, Attorney | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA13-1249)<br><br>2. Def's Motion for Temporary Stay<br><br><br>3. Def's Petition for *Writ of Supersedeas* | 1. Denied<br><br>2. Allowed **07/09/2014** Dissolved **08/19/2014**<br><br>3. Denied |
| 218P14 | State v. Winfred Scott Simpson | Def's PDR Under N.C.G.S. § 7A-31 (COA13-776) | Denied |
| 221P14 | State v. Avery L. Williams, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-175)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Dismissed as Moot |
| 223P14 | State v. Miguel Antoni Meza-Rodriguez | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1190) | Denied |